**WO**                                                                                           LMH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny O. Barrera,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CV 05-4176-PHX-SMM (JCG)<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Danny O. Barrera, formerly confined in the Lower Buckeye Jail, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Plaintiff was granted leave to proceed *in forma pauperis* and assessed the statutory filing fee of $250.00. See Order (Doc. #6). Recently, he notified the Court that he has been released (Doc. #7). Currently, Plaintiff owes the entire balance of the $250.00 fee. Plaintiff was cautioned that in the event of his release, he would be required to pay the balance within 120 days or show cause why he cannot pay. (Doc. #5 at 2.)

　　　　Accordingly, Plaintiff will be given 30 days to either pay the $250.00 filing fee or to respond to this Order in writing. Plaintiff's response to this Order must include: (1) a statement of Plaintiff's date of release; and (2) Plaintiff's affirmation that he has paid or will pay the unpaid balance of the filing fee in full within 120 days from the date of his release or Plaintiff's affidavit under penalty of perjury demonstrating good cause why he is presently unable to pay the outstanding balance of the filing fee. See 28 U.S.C. § 1746 (the oath

**JDDL**

1 requirement may be satisfied when a person declares under penalty of perjury that the
2 submission is true and correct, and signs and dates the statement).

3     If Plaintiff fails to timely comply with every provision of this Order, including these
4 warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet,
5 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
6 comply with any order of the Court).

7 **IT IS ORDERED:**

8     (1) The reference to the Magistrate Judge is withdrawn as to the payment of the filing
9 fee in this case.  All other matters in this action will remain with the Magistrate Judge for
10 disposition as appropriate.

11     (2) Plaintiff must either (a) pay the $250.00 filing fee or (b) file a response in writing
12 in compliance with this Order within **30 days** from the filing date of this Order.

13     (3) If Plaintiff fails to pay the balance of the filing fee or to file a written response to
14 this Order within 30 days, the Clerk of Court shall enter a judgment of dismissal of this
15 action without prejudice.

16     DATED this 21st day of July, 2006.

_____
Stephen M. McNamee
United States District Judge

JDDL

- 2 -